JS-6

Robert W. Norman, Jr. (SBN 232470)
Darlene Morris (SBN 340727)
HOUSER LLP
9970 Research Drive
Irvine, CA 92618
Tel: (949) 679-1111
Fax: (949) 679-1112
Email: dmorris@houser-law.com

Attorneys for Defendants,
PHH Mortgage Corporation, now known as Onity Mortgage Corporation, and U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-11 (*erroneously named as U.S. Bank Trust National Association, as Trustee Under Securitization Servicing Agreement Dated as of December 1, 2005 Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-11*)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DAMIEN F. GUTIERREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>PHH MORTGAGE CORPORATION; U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE UNDER SECURITIZATION SERVICING AGREEMENT DATED AS OF DECEMBER 1, 2005 STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11; AND DOES 1-10, INCLUSIVE<br><br>        Defendants. | Case No.: 2:25-CV-02040-E<br><br>Hon. Charles F. Eick<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of Plaintiff Damien Gutierrez and Defendants Onity Mortgage Corporation, formerly known as PHH Mortgage Corporation and U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-1, *erroneously named as U.S. Bank Trust National Association, as Trustee Under Securitization Servicing Agreement Dated as of December 1, 2005 Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-11*, the Court hereby orders that the above captioned action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each said party to bear their own respective fees and costs. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated:     6/5/26                          _____

Hon. Charles F. Eick
United States Magistrate Judge

2
ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE